**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03100

LYNN PEAK PRODUCTIONS, INC.,
a Canadian Corporation,

    Plaintiff,

vs.

JOHN DOE 1 et.al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF PARTIES**

---

Now comes Lynn Peak Productions, Inc., ("LPP" or Plaintiff) before the Court.

The Plaintiff has determined it will dismiss this case against the Doe Defendants pursuant to F.R.C.P. 41(a)(1)(A)(i) as none of the Defendants have filed an Answer or Motion for Summary Judgment in this Matter.

Therefore, the Plaintiff hereby dismisses the above-referenced action filed against the Defendants John Doe #1, 2, 3, 4 and 5, pursuant to F.R.C.P. 41(a)(1)(A)(i), without prejudice.

Respectfully submitted this 20th day of November, 2013.

Case 1:13-cv-03100-WYD-MEH   Document 10   Filed 11/20/13   USDC Colorado   Page 2 of 3

BROWN & KANNADY, LLC

/s/ Scott T. Kannady
Scott T. Kannady, No. 29995
David J. Meretta, No. 44409
BROWN & KANNADY, LLC
2000 South Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail: scott@brownlegal.com
E-mail: dmeretta@gmail.com

ATTORNEYS FOR PLAINTIFF

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 20, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                  */s/ Maegan M. Stevens*
                  Maegan M. Stevens
                  Original Signature on File