IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03100-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,

      Plaintiff,

v.

JOHN DOES 1-35,

      Defendants.

---

## ORDER

---

In accordance with the Notice of Dismissal Of Parties file pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(i) on November 20, 2013 (ECF No. 10), it is

ORDERED that John Does 1-5 are **DISMISSED WITHOUT PREJUDICE** and

shall hereafter be taken off the caption in accordance with the Amended Complaint.

Dated:  November 26, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge