IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Lynn Peak Productions Inc.., | ) |
| | ) Civil Action No. 13-cv-03100-WJD-MEH |
| Plaintiff, | ) |
| | ) |
| v. | ) NOTICE OF DISMISSAL |
| | ) |
| John Doe 6, et.al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff Lynn Peak Productions Inc.. and Defendant Doe #17 have entered into a confidential settlement agreement resolving this dispute. Plaintiff advises the court that this case may be dismissed against this Defendant, with prejudice, pursuant to the settlement agreement.

Defendant has not filed an Answer or Motion for Summary Judgment in this Matter.

THEREFORE, the Plaintiff hereby dismisses the above-referenced action filed against the Defendant John Doe #17, pursuant to F.R.C.P. 41(a)(1)(A)(i), with prejudice.

**Respectfully submitted this 6th day of January 2014,**

BROWN & KANNADY, LLC

**/S/ Scott T Kannady**
Scott T. Kannady, Esq.
2000 S. Colorado Blvd.
Suite 2-610
Denver, Colorado 80222
Telephone (303) 757-3800

Attorneys for Plaintiff.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2014, I electronically serve the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

      By: /s/ Maegan M. Stevens
      Maegan Stevens, paralegal
      Brown & Kannady, LLC