IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03100-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,

      Plaintiff,

v.

JOHN DOES 6-35,

      Defendants.

---

## ORDER

---

      In accordance with the Notice of Dismissal filed on January 3, 2014 (ECF No. 18), it is

      ORDERED that John Doe # 17 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

      Dated:  January 7, 2014

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Senior United States District Judge