IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03100-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,

      Plaintiff,

v.

JOHN DOES 6-16, 18-35,

      Defendants.

---

**ORDER**

---

      In accordance with the Notice of Dismissal filed on January 17, 2014 (ECF No.

21), it is

      ORDERED that John Doe # 14 and John Doe # 22 are **DISMISSED WITH**

**PREJUDICE** and shall hereafter be taken off the caption.

      Dated:  January 21, 2014

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Senior United States District Judge