IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03100-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,

    Plaintiff,

v.

JOHN DOES 6-13, 15-16, 18-21, 23-35,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 10, 2014 (ECF No. 27), it is

ORDERED that Defendant John Does # 6, 21, 26, and 33 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  April 14, 2014

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge